IRA P. ROTHKEN (#160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250 telephone
(415) 924-2905 fax
Email: ira@techfirm.com

Attorneys for Plaintiffs
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
GENERAL MEDIA COMMUNICATIONS, INC.
and FRIENDFINDER NETWORKS INC.,
(formerly, PENTHOUSE MEDIA GROUP, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:11-cv-01036-GAF-FMO <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** <br><br> RESPONSE DUE: July 20, 2011 |

1  Plaintiffs PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.
2  ("PDMP"), GENERAL MEDIA COMMUNICATIONS, INC. ("GMCI") and
3  FRIENDFINDER NETWORKS INC., ("Friendfinder") (formerly, PENTHOUSE
4  MEDIA GROUP, INC. ("PMGI")), (collectively, "Plaintiffs"), by and through their
5  undersigned attorneys, hereby respond to the ORDER TO SHOW CAUSE RE:
6  DISMISSAL FOR LACK OF PROSECUTION pursuant to F.R.Civ.P 4(m) dated
7  June 30, 2011 as follows:
8  Pursuant to the STIPULATION TO CONTINUE DEADLINE FOR SERVICE
9  OF PROCESS ("Stipulation") between Plaintiffs and Defendants accompanying this
10 Response and incorporated herein by this reference, Plaintiffs respectfully request
11 that the Court vacate its Order to Show cause and grant Plaintiffs an extension to
12 September 6, 2011, in which to effect service of process in this action.  This request
13 is based on notion that the parties were engaged in a JAMS mediation process which
14 was delayed due to Justice Stone's (ret.) unexpected illness, and settlement
15 negotiations have continued following mediation.  The parties expect that extending
16 the time for service of the copyright complaint will enhance settlement prospects by
17 relieving litigation burdens on the parties and conserving resources of the Court.
18 Accordingly, in light of the Stipulation of all the parties to this matter,
19 Plaintiffs respectfully request that the Court vacate its Order to Show Cause and grant
20 Plaintiffs an extension to September 6, 2011, in which to effect service of process in
21 this action.

22  Respectfully submitted,
23 Dated: July 6, 2011  ROTHKEN LAW FIRM

26  By:  Ira P. Rothken, Esq., (State Bar  #160029)

27  Attorney for Plaintiffs
28  PENTHOUSE DIGITAL MEDIA
    PRODUCTIONS INC. and GENERAL

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., et al. v. TWISTBOX ENTERTAINMENT, INC., et al.
U.S. Dist. Ct., Central Dist Cal., Case No. 2:11-cv-01036-GAF -FMO

| | |
|---|---|
| 1 | MEDIA COMMUNICATIONS, INC. and |
| 2 | FRIENDFINDER NETWORKS INC., |
| 3 | (formerly, PENTHOUSE MEDIA GROUP, INC.) |
| 4 | |
| 5 | IRA P. ROTHKEN (#160029) |
|   | ROTHKEN LAW FIRM |
| 6 | 3 Hamilton Landing, Suite 280 |
| 7 | Novato, CA 94949 |
|   | (415) 924-4250 telephone |
| 8 | (415) 924-2905 fax |
| 9 | Email: ira@techfirm.com |