IRA P. ROTHKEN (#160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250 telephone
(415) 924-2905 fax
Email: ira@techfirm.com

Attorneys for Plaintiffs
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
GENERAL MEDIA COMMUNICATIONS, INC.
and FRIENDFINDER NETWORKS INC.,
(formerly, PENTHOUSE MEDIA GROUP, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01036-GAF-FMO<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS** |

1  Upon consideration of the stipulation of the parties and good cause appearing:
2  IT IS HEREBY ORDERED, that:
3      1. The Order to Show Cause dated June 30, 2011 is hereby VACATED; and
4      2. The Court directs Plaintiffs to affect service of process on Defendants in this
5         matter and file proof of service of process on or before September 6, 2011.
6  IT IS SO ORDERED.

Dated: 7/12/2011  _____
                              Hon. GARY ALLEN FEESS
                              District Court Judge