IRA P. ROTHKEN (#160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250 telephone
(415) 924-2905 fax
Email: ira@techfirm.com

Attorneys for Plaintiffs
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
GENERAL MEDIA COMMUNICATIONS, INC.
and FRIENDFINDER NETWORKS INC.,
(formerly, PENTHOUSE MEDIA GROUP, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01036-GAF-FMO<br><br>STIPULATION TO CONTINUE DEADLINE FOR SERVICE OF PROCESS |

1    WHEREAS, on February 2, 2011, PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC. ("PDMP"), GENERAL MEDIA COMMUNICATIONS, INC. ("GMCI"), and FRIENDFINDER NETWORKS INC. ("FN") (collectively, "Plaintiffs") filed the complaint for copyright infringement in this action ("Copyright Action") against TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP. (collectively, "Defendants").

WHEREAS, plaintiff GMCI and Defendants have been litigating a State Court breach of contract action, *GMCI v. TWISTBOX, et al.*, Los Angeles Superior Court Case No. BC409793, filed on March 16, 2009 and served on or about March 18, 2009 ("Contract Action") for breach and termination of a mobile licensing agreement where such agreement terminated in January, 2009.

WHEREAS, pursuant to the stipulation of the parties, the Court continued the deadline for Service of Process in the Copyright Action to September 6, 2011;

WHEREAS, the parties are engaged in preparing a stipulation and order to dismiss the Copyright Complaint without prejudice and toll the Statute of Limitations related GMCI's Federal claims;

WHEREAS, the parties agree that no party would be prejudiced by a continuance of the deadline for Service of Process;

WHEREFORE, it is hereby stipulated that the deadline for Service of Process of in this Copyright Action be continued to October 6, 2011.

It is further agreed that this stipulation is not a waiver by any defendant or counsel of any requirement of service of process, is signed by counsel for defendants on a special representation basis for the limited purpose of extending plaintiffs' service of process deadline in the Copyright Action, and shall not be construed as an appearance by defendants or by the undersigned counsel on behalf of the defendants.

```
 1  IT IS SO STIPULATED.
 2  Dated: September 2, 2011         ROTHKEN LAW FIRM
 3
 4                                      /s/ Ira P. Rothken
 5                                   Ira P. Rothken, CA SBN 160029
 6                                   Attorney for Plaintiffs
 7                                   PENTHOUSE DIGITAL MEDIA
                                     PRODUCTIONS INC., GENERAL MEDIA
 8                                   COMMUNICATIONS, INC., and
 9                                   FRIENDFINDER NETWORKS INC.
10
    Dated: September 2, 2011         MANATT, PHELPS & PHILLIPS, LLP
11
12
13
                                     Robert H. Platt (SBN 108533)
14                                   Joseph E. Laska (SBN 221055)
15
                                     Attorneys Specially Appearing for Defendants
16                                   TWISTBOX ENTERTAINMENT, INC., for itself
17                                   and as successor-by-merger to The Waat Corp., and
                                     WAAT MEDIA CORP.
18
19
20
21
22
23
24
25
26
27
28
```

# PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, California, 94949-8248.

On July 6, 201September 2, 20111, I served the within:

STIPULATION TO CONTINUE DEADLINE FOR SERVICE OF PROCESS

on the parties in said action via Email to the following at the following address(es):

Robert H. Platt
rplatt@manatt.com
Joseph E. Laska
jlaska@manatt.com
**Manatt, Phelps & Phillips, LLP**
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
T:  (310) 312-4352
F:  (310) 312-4224

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 2, 2011.

_____