IRA P. ROTHKEN (#160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250 telephone
(415) 924-2905 fax
Email: ira@techfirm.com

Attorneys for Plaintiffs
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
GENERAL MEDIA COMMUNICATIONS, INC.
and FRIENDFINDER NETWORKS INC.,
(formerly, PENTHOUSE MEDIA GROUP, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:11-cv-01036-GAF-FMO <br><br> STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE <br><br> [F.R.Civ.P 41(a)(2)] |

STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793
-1-

1  WHEREAS, on February 2, 2011, PENTHOUSE DIGITAL MEDIA
2 PRODUCTIONS INC. ("PDMP"), GENERAL MEDIA COMMUNICATIONS, INC.
3 ("GMCI"), and FRIENDFINDER NETWORKS INC. ("FN") (collectively,
4 "Plaintiffs") filed the complaint for copyright infringement in this action, U.S. District
5 Court, Central District of California Case No. 2:11-cv-01036-GAF-FMO ("Copyright
6 Action") against TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP.
7 d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware
8 Corporation; THE WAAT CORP. (collectively, "Defendants").
9  WHEREAS, plaintiff GMCI and Defendants have been litigating a State
10 Court breach of contract action, *GMCI v. TWISTBOX, et al.*, Los Angeles Superior
11 Court Case No. BC409793, filed on March 16, 2009 and served on or about March
12 18, 2009 ("Contract Action") alleging breach and termination of a mobile licensing
13 agreement where such agreement terminated in January, 2009.
14  WHEREAS, the parties scheduled a mediation for March 31, 2011 with the
15 Hon. Steven J. Stone (ret) at JAMS Los Angeles to negotiate all issues between the
16 parties, including, but not limited to, the Contract Action and the Copyright Action;
17  WHEREAS, the parties agreed that Plaintiffs would avoid serving the
18 Copyright complaint on Defendants until after the mediation was unsuccessful at
19 resolving the issues between the respective parties;
20  WHEREAS, the parties agreed, and the court ordered, an extension of the
21 deadline for Service of Process to September 6, 2011 (Dkt. No. 7);
22  WHEREAS, on September 6, 2011, at the parties' request, the Court further
23 continued the deadline for Service of Process to October 6, 2011 (Dkt. No. 9);
24  WHEREAS, the parties agree that it is in the interests of judicial economy and
25 efficiency and conservation of the resources of the parties and to promote the
26 possibility of settlement to stipulate to an order dismissing the Copyright Action
27 "without prejudice" pursuant to F.R.Civ.P 41(a)(2);
28

1  WHEREAS, the parties have entered into a separate agreement tolling the
2 statute of limitations as to any and all claims in connection with, related to, manifested
3 in, or arising from the Copyright Action (except claims specifically pled in the
4 pending Contract Action) that Plaintiffs and/or their parents, subsidiaries, affiliated
5 companies, officers, directors, insurers, successors and assigns may have against
6 Defendants and/or their parents, subsidiaries, affiliated companies, officers, directors,
7 insurers, successors and assigns, including but not limited to the claims made in the
8 Copyright Action and the facts and circumstances therein as of the date of this
9 stipulation;
10  WHEREAS, the parties agree that no party would be prejudiced by entry of an
11 order for dismissal without prejudice pursuant to F.R.Civ.P 41(a)(2) and this
12 stipulation, including, but not limited to plaintiffs' right to re-file copyright claims
13 within the statute of limitations period as extended by the tolling agreement between
14 the parties.
15
16  WHEREFORE, it is hereby stipulated that, pursuant to F.R.Civ.P 41(a)(2), the
17 Court dismiss this action without prejudice pursuant to the accompanying ORDER
18 FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION.
19
20  It is further agreed that this stipulation is not a waiver by any defendant or
21 counsel of any requirement of service of process, is signed by counsel for defendants
22 on a special representation basis for the limited purpose of causing the dismissal of
23 this action without prejudice, and shall not be construed as an appearance by
24 defendants or by the undersigned counsel on behalf of the defendants
25 ///
26 ///
27 ///
28 ///

1  IT IS SO STIPULATED.

2  Dated: 10/5/2011                ROTHKEN LAW FIRM

                                   _____
                                   Ira P. Rothken, CA SBN 160029

                                   Attorney for Plaintiffs
                                   PENTHOUSE DIGITAL MEDIA
                                   PRODUCTIONS INC., GENERAL MEDIA
                                   COMMUNICATIONS, INC., and
                                   FRIENDFINDER NETWORKS INC.

   Dated:  10/5/2011               MANATT, PHELPS & PHILLIPS, LLP

                                   _____
                                   Robert H. Platt (SBN 108533)
                                   Joseph E. Laska (SBN 221055)

                                   Attorneys Specially Appearing for Defendants
                                   TWISTBOX ENTERTAINMENT, INC., for
                                   itself and as successor-by-merger to The Waat
                                   Corp., and WAAT MEDIA CORP.

# PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, California, 94949-8248.

On October 5, 2011, I served the within:

> STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

on the parties in said action via Email to the following at the following address(es):

> Robert H. Platt
> rplatt@manatt.com
> Joseph E. Laska
> jlaska@manatt.com
> **Manatt, Phelps & Phillips, LLP**
> 11355 West Olympic Boulevard
> Los Angeles, California  90064-1614
> T:  (310) 312-4352
> F:  (310) 312-4224

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 5, 2011.

_____

STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793