1  IRA P. ROTHKEN (#160029)
2  ROTHKEN LAW FIRM
   3 Hamilton Landing, Suite 280
3  Novato, CA 94949
4  (415) 924-4250 telephone
   (415) 924-2905 fax
5  Email: ira@techfirm.com
6
7  Attorneys for Plaintiffs
   PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
8  GENERAL MEDIA COMMUNICATIONS, INC.
9  and FRIENDFINDER NETWORKS INC.,
   (formerly, PENTHOUSE MEDIA GROUP, INC.)
10

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive,<br>                 Defendants. | Case No. 2:11-cv-01036-GAF-FMO<br><br>(proposed) ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION<br><br>[F.R.Civ.P 41(a)(2)] |

ORDER FOR DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793
-1-

-2-

1      Upon consideration of the stipulation of the parties and good cause
2 appearing:
3 IT IS HEREBY ORDERED, that, pursuant to F.R.Civ.P 41(a)(2), this action be
4 and hereby is dismissed without prejudice, including, but not limited to plaintiffs'
5 right to re-file copyright claims within the statute of limitations period as extended
6 by the tolling agreement between the parties.
7 IT IS SO ORDERED.
8
9 Dated: _____    _____
10                                       Hon. GARY ALLEN FEESS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER FOR DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793
-2-

# PROOF OF SERVICE

I am over the age of 18 years, employed in the county of Marin, and not a party to the within action; my business address is 3 Hamilton Landing, Suite 280, Novato, California, 94949-8248.

On October 5, 2011, I served the within:

(proposed) ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION

on the parties in said action via Email to the following at the following address(es):

Robert H. Platt
rplatt@manatt.com
Joseph E. Laska
jlaska@manatt.com
**Manatt, Phelps & Phillips, LLP**
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
T:  (310) 312-4352
F:  (310) 312-4224

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 5, 2011.

_____