JS-6

IRA P. ROTHKEN (#160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250 telephone
(415) 924-2905 fax
Email: ira@techfirm.com

Attorneys for Plaintiffs
PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
GENERAL MEDIA COMMUNICATIONS, INC.
and FRIENDFINDER NETWORKS INC.,
(formerly, PENTHOUSE MEDIA GROUP, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive, <br> Defendants. | Case No. 2:11-cv-01036-GAF-FMO <br><br> ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION <br><br> [F.R.Civ.P 41(a)(2)] |

ORDER FOR DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793

-1-

1   Upon consideration of the stipulation of the parties and good cause
2   appearing:
3   IT IS HEREBY ORDERED, that, pursuant to F.R.Civ.P 41(a)(2), this action be
4   and hereby is dismissed without prejudice, including, but not limited to plaintiffs'
5   right to re-file copyright claims within the statute of limitations period as extended
6   by the tolling agreement between the parties.
7   IT IS SO ORDERED.

9   Dated: October 6, 2011                    _____
10                                             Hon. GARY ALLEN FEESS

ORDER FOR DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793

-2-