AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**BY FAX**

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV11-01036    DATE FILED | U.S. District Court, Central District of California<br>312 N. Spring St.<br>Los Angeles, California 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., GENERAL MEDIA COMMUNICATIONS, INC. and and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.) | TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), WAAT MEDIA CORP., THE WAAT CORP. and DOES 1 through 10, inclusive, |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-688-969 | Andie Valetino: Image # PV-431-2 (003) | General Media Comm., Inc. |
| 2 | VA 1-688-970 | Heather Vandeven PH-21594-4 (009) | GMCI/Penthouse Digital Media P I |
| 3 | VA 1-688-971 | Shay Laren: Image #P 21555-1 (004) | General Media Comm., Inc. |
| 4 | PA 1-594-734 | Penthouse Forum: Dirty Divas | General Media Comm., Inc. |
| 5 | | see Additional Copyrighted Works Attached Ex. B | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order    ☐ Judgment | ☐ Yes    ☐ No | October 6, 2011 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | Brent Pacillas | October 20, 2011 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**EXHIBIT B**

.EXHIBIT B
Additional Copyrighted Works
(GMCI=General Media Communication, Inc.;
PMGI=Penthouse Media Group, Inc.;
PDMP=Penthouse Digital Media Productions, Inc.)

| Copyright Number | Full Title | Holder | Date |
|---|---|---|---|
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2000 |
| CSN0116941 | Forum : the pleasuring of America. | GMCI | 2000 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2000 |
| TX0005110894 | Letters to Penthouse X : the hottest stories American loves to read--a perfect ten and rated X / the editors of Penthouse magazine [authors of a work made for hire] | GMCI | 2000 |
| TX0005346525 | Letters to Penthouse X. By the editors of Penthouse Magazine. | GMCI | 2000 |
| TX0005286309 | Letters to Penthouse XI : where your wildest fantasies come true / the editors of Penthouse magazine. | GMCI | 2000 |
| CSN0130881 | Mind & muscle power. | GMCI | 2000 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2000 |
| CSN0082978 | Penthouse Forum. | GMCI | 2000 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2000 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2000 |
| CSN0095361 | Variations best. | GMCI | 2000 |
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2001 |
| TX0005361625 | Between the sheets : a collection of erotic bedtime stories / by the Editors of Penthouse Magazine. | GMCI | 2001 |
| CSN0116941 | Forum : the pleasuring of America. | GMCI | 2001 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2001 |
| TX0005432741 | Letters to Penthouse : 13 / the editors of Penthouse magazine. | GMCI | 2001 |
| TX0005485222 | Letters to Penthouse : 14 / the editors of Penthouse magazine. | GMCI | 2001 |
| TX0005372807 | Letters to Penthouse XII / the editors of Penthouse magazine. | GMCI | 2001 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2001 |
| CSN0082978 | Penthouse Forum. | GMCI | 2001 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2001 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2001 |
| CSN0095361 | Variations best. | GMCI | 2001 |
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2002 |
| CSN0116941 | Forum : the pleasuring of America. | GMCI | 2002 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2002 |
| CSN0138084 | Girls of Penthouse. Black label. | GMCI | 2002 |
| TX0005594457 | Letters to penhouse XVI | GMCI | 2002 |
| TX0005675034 | Letters to Penthouse : 17 / the editors of Penthouse magazine. | GMCI | 2002 |

| | | | |
|---|---|---|---|
| TX0005511603 | Letters to Penthouse XV / the editors of Penthouse magazine. | GMCI | 2002 |
| TX0005485219 | Penthouse : naughty by nature / the editors of Penthouse magazine. | GMCI | 2002 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2002 |
| CSN0082978 | Penthouse Forum. | GMCI | 2002 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2002 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2002 |
| CSN0095361 | Variations best. | GMCI | 2002 |
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2003 |
| CSN0116941 | Forum : the pleasuring of America. | GMCI | 2003 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2003 |
| CSN0138084 | Girls of Penthouse. Black label. | GMCI | 2003 |
| TX0005772404 | Letters to Penthouse XVIII : the hottest sex just this side of legal! / by the editors of Penthouse Magazine. | GMCI | 2003 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2003 |
| TX0005744482 | Penthouse erotic video guide : the best of the XXX over 400 adult films reviewed / edited by Eric Danville. | GMCI | 2003 |
| CSN0082978 | Penthouse Forum. | GMCI | 2003 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2003 |
| TX0005893465 | Penthouse variations / by the editors of Penthouse magazine. | GMCI | 2003 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2003 |
| CSN0095361 | Variations best. | GMCI | 2003 |
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2004 |
| CSN0113938 | Best of Penthouse Forum letters. | GMCI | 2004 |
| CSN0116941 | Forum : the pleasuring of America. | GMCI | 2004 |
| V3516D431 | Forum, July 2000 & 1873 other titles. (Part 003 of 011) | GMCI | 2004 |
| V3516D430 | Forum, July 8, 1986 & 1873 other titles. (Part 002 of 011) | GMCI | 2004 |
| V3516D429 | Forum, Oct. 13, 1971 & 1873 other titles. (Part 001 of 011) | GMCI | 2004 |
| V3516D432 | Girls of penthouse, Nov. 22, 1994 & 1873 other titles. (Part 004 of 011) | GMCI | 2004 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2004 |
| CSN0138084 | Girls of Penthouse. Black label. | GMCI | 2004 |
| TX0006012114 | Letters to Penthouse XX : girl on girl! / the editors of Penthouse Magazine. | GMCI | 2004 |
| TX0006127183 | Letters to Penthouse XXI : when wild meets raunchy / the editors of Penthouse Magazine. | GMCI | 2004 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2004 |
| CSN0082978 | Penthouse Forum. | GMCI | 2004 |
| V3516D435 | Penthouse hot talk, Oct. 4, 1984 & 1873 other titles. (Part 007 of 011) | GMCI | 2004 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2004 |
| V3516D437 | Penthouse letters, July 2001 & 1873 other titles. (Part 009 of 011) | GMCI | 2004 |
| V3516D436 | Penthouse letters, Nov. 18, 1986 & 1873 other titles. (Part 008 of 011) | GMCI | 2004 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2004 |
| V3516D433 | Penthouse, July 13, 1976 & 1873 other titles. (Part 005 of 011) | GMCI | 2004 |

| | | | |
|---|---|---|---|
| V3516D434 | Penthouse, June 5, 1990 & 1873 other titles. (Part 006 of 011) | GMCI | 2004 |
| V3516D439 | Pet of the year playoff & 1873 other titles. (Part 011 of 011) | GMCI | 2004 |
| CSN0095361 | Variations best. | GMCI | 2004 |
| V3516D438 | Variations, Apr. 1997 & 1873 other titles. (Part 010 of 011) | GMCI | 2004 |
| TX0006106457 | Views from the top and bottom / the editors of Penthouse Magazine. | GMCI | 2004 |
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2005 |
| CSN0113938 | Best of Penthouse Forum letters. | GMCI | 2005 |
| CSN0116941 | Forum : the pleasuring of America. | GMCI | 2005 |
| V3522D969 | Forum, Oct. 13, 1971 & 1892 other titles (part 001 of 008) | GMCI | 2005 |
| V3522D970 | Forum, Oct. 13, 1971 & 1892 other titles (part 002 of 008) | GMCI | 2005 |
| V3522D971 | Forum, Oct. 13, 1971 & 1892 other titles (part 003 of 008) | GMCI | 2005 |
| V3522D972 | Forum, Oct. 13, 1971 & 1892 other titles (part 004 of 008) | GMCI | 2005 |
| V3522D973 | Forum, Oct. 13, 1971 & 1892 other titles (part 005 of 008) | GMCI | 2005 |
| V3522D974 | Forum, Oct. 13, 1971 & 1892 other titles (part 006 of 008) | GMCI | 2005 |
| V3522D975 | Forum, Oct. 13, 1971 & 1892 other titles (part 007 of 008) | GMCI | 2005 |
| V3522D976 | Forum, Oct. 13, 1971 & 1892 other titles (part 008 of 008) | GMCI | 2005 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2005 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2005 |
| CSN0082978 | Penthouse Forum. | GMCI | 2005 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2005 |
| TX0006188200 | Penthouse unleashed : sex tips. | GMCI | 2005 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2005 |
| V3532D716 | Penthouse, Oct. 2004 & 88 other titles. | GMCI | 2005 |
| TX0006305998 | True confessions / the editors of Penthouse magazine. | GMCI | 2005 |
| CSN0095361 | Variations best. | GMCI | 2005 |
| CSN0113938 | Best of Penthouse Forum letters. | GMCI | 2006 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2006 |
| TX0006509639 | Letters to Pethouse XXVI : destination S-E-X. | GMCI | 2006 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2006 |
| CSN0082978 | Penthouse Forum. | GMCI | 2006 |
| VA0001380277 | Penthouse international pets. | GMCI | 2006 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2006 |
| TX0006518360 | Penthouse uncensored VI : ultimate erotica. | GMCI | 2006 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2006 |
| VA0001688971 | Shay Laren: Image #P 21555-1 (004) | GMCI | 2006 |
| CSN0095361 | Variations best. | GMCI | 2006 |
| VA0001688969 | Andie Valetino: Image # PV-431-2 (003) | GMCI | 2007 |
| CSN0019820 | Best of Forum letters / executive editor, John Heidenry ... [et al.]]. | GMCI | 2007 |
| CSN0113938 | Best of Penthouse Forum letters. | GMCI | 2007 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2007 |
| VA0001688970 | Heather Vandeven PH-21594-4 (009) | GMCI | 2007 |

| | | | |
|---|---|---|---|
| TX0006833480 | LETTERS TO PENTHOUSE XXVIII: THREESOMES, FOURSOMES, AND MORESOMES. | GMCI | 2007 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2007 |
| CSN0082978 | Penthouse Forum. | GMCI | 2007 |
| TX0006840896 | PENTHOUSE FORUM. [Published: 2007-07-10. Issue: vol. 37, no. 8, August 2007] | GMCI | 2007 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2007 |
| TX0006890626 | PENTHOUSE LETTERS. [Published: 2007-11-06. Issue: vol. 25, no. 13, Holiday 2007] | GMCI | 2007 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2007 |
| CSN0095361 | Variations best. | GMCI | 2007 |
| TX0006881935 | BEST OF PENTHOUSE FORUM LETTERS #115. [Published: 2008-07-22. Issue: vol. 21, no. 4] | GMCI | 2008 |
| CSN0113938 | Best of Penthouse Forum letters. | GMCI | 2008 |
| TX0007082939 | BEST OF VARIATIONS #114. [Published: 2008-05-20. Issue: vol. 21, no. 3] | GMCI | 2008 |
| TX0006881940 | BEST OF VARIATIONS. [Published: 2008-09-23. Issue: vol. 21, no. 5] | GMCI | 2008 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2008 |
| TX0006983201 | LETTERS TO PENTHOUSE XXX: Extreme Sex, Maximum Pleasure. | GMCI | 2008 |
| TX0007239358 | Letters to the Penthouse XXXI: Serving It Up Hot and Dirty. | GMCI | 2008 |
| V3560D674 | Naked sex stars & 2331 other titles (part 001 of 003) | GMCI | 2008 |
| V3560D675 | Naked sex stars & 2331 other titles (part 002 of 003) | GMCI | 2008 |
| V3560D676 | Naked sex stars & 2331 other titles (part 003 of 003) | GMCI | 2008 |
| V3571D368 | Penthouse & 47 other titles. | GMCI | 2008 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2008 |
| CSN0082978 | Penthouse Forum. | GMCI | 2008 |
| TX0007103809 | PENTHOUSE FORUM. [Published: 2008-05-13. Issue: vol. 38, no. 6, June 2008] | GMCI | 2008 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2008 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2008 |
| V3563D968 | Penthouse, Feb. 1971 & 73 other titles. | GMCI | 2008 |
| V3567D974 | Penthouse, September 2007 & 38 other titles. | GMCI | 2008 |
| TX0007104353 | PENTHOUSE. [Published: 2008-05-20. Issue: vol. 39, no. 10, June 2008] | GMCI | 2008 |
| TX0007082591 | PENTHOUSE. [Published: 2008-07-15. Issue: vol. 39, no. 12, August 2008] | GMCI | 2008 |
| TX0007193320 | THOUSE FORUM. [Published: 2008-10-07. Issue: vol. 38, no. 11, November 2008] | GMCI | 2008 |
| TX0007193341 | THOUSE LETTERS. [Published: 2008-10-14. Issue: vol. 26, no. 12, December 2008] | GMCI | 2008 |
| TX0007193327 | THOUSE VARIATIONS. [Published: 2008-09-30. Issue: vol. 30, no. 11, November 2008] | GMCI | 2008 |
| TX0007193335 | THOUSE. [Published: 2008-10-14. Issue: vol. 40, no. 3, November 2008] | GMCI | 2008 |
| CSN0095361 | Variations best. | GMCI | 2008 |
| TX0007180777 | BEST OF PENTHOUSE FORUM LETTERS #123. [Published: 2009-11-24. Issue: vol. 22, no. 6] | GMCI | 2009 |
| TX0007082948 | BEST OF PENTHOUSE FORUM LETTERS. [Published: 2009-07-21. Issue: vol. 22, no. 4] | GMCI | 2009 |

| | | | |
|---|---|---|---|
| TX0007178665 | BEST OF VARIATIONS #122. [Published: 2009-09-22. Issue: vol. 22, no. 5, November 2009] | GMCI | 2009 |
| CSN0021069 | Girls of Penthouse. | GMCI | 2009 |
| TX0007178610 | GIRLS OF PENTHOUSE. [Published: 2009-10-20. Issue: vol. 33, no. 6, Nov/Dec. 2009] | GMCI | 2009 |
| TX0007181399 | GIRLS OF PENTHOUSE. [Published: 2009-12-22. Issue: vol. 34, no. 1, January/February 2010] | GMCI | 2009 |
| V3579D439 | Life on top : a.k.a. Penthouse presents life on top. | GMCI | 2009 |
| TXu001627675 | Life on Top. | GMCI | 2009 |
| V3579D948 | Penthouse & 29 other titles. | GMCI | 2009 |
| V3577D088 | Penthouse & 40 other titles. | GMCI | 2009 |
| CSN0005871 | Penthouse : the international magazine for men / editor-in-chief, Bob Guccione ... [et al.]. | GMCI | 2009 |
| TX0007180743 | PENTHOUSE 4 1 5 January 2010 Monthly. [Published: 2009-12-15. Issue: vol. 41, no. 5, January 2010] | GMCI | 2009 |
| CSN0082978 | Penthouse Forum. | GMCI | 2009 |
| TX0007082942 | PENTHOUSE FORUM. [Published: 2009-07-14. Issue: vol. 39, no. 8, August 2009] | GMCI | 2009 |
| TX0007178659 | PENTHOUSE FORUM. [Published: 2009-09-22. Issue: vol. 39, no. 10, Oct/Nov. 2009] | GMCI | 2009 |
| TX0007180767 | PENTHOUSE FORUM. [Published: 2009-10-20. Issue: vol. 39, no. 12, December 2009] | GMCI | 2009 |
| TX0007180766 | PENTHOUSE FORUM. [Published: 2009-12-08. Issue: vol. 40, no. 1, January 2010] | GMCI | 2009 |
| CSN0050929 | Penthouse letters / Don Myrus, editorial director ... [et al.]. | GMCI | 2009 |
| TX0007083027 | PENTHOUSE LETTERS. [Published: 2009-07-21. Issue: vol. 27, no. 9, September 2009] | GMCI | 2009 |
| TX0007083017 | PENTHOUSE LETTERS. [Published: 2009-08-18. Issue: vol. 27, no. 10, October 2009] | GMCI | 2009 |
| TX0007178600 | PENTHOUSE LETTERS. [Published: 2009-09-15. Issue: vol. 27, no. 11, November 2009] | GMCI | 2009 |
| TX0007178604 | PENTHOUSE LETTERS. [Published: 2009-10-13. Issue: vol. 27, no. 12, December 2009] | GMCI | 2009 |
| TX0007180761 | PENTHOUSE LETTERS. [Published: 2009-12-08. Issue: vol. 28, no. 1, January 2010] | GMCI | 2009 |
| CSN0080333 | Penthouse Variations / editor, Derek Manley ... [et al.]. | GMCI | 2009 |
| TX0007082943 | PENTHOUSE VARIATIONS. [Published: 2009-09-01. Issue: vol. 31, no. 10, October 2009] | GMCI | 2009 |
| TX0007178668 | PENTHOUSE VARIATIONS. [Published: 2009-09-29. Issue: vol. 31, no. 11, November 2009] | GMCI | 2009 |
| TX0007178576 | PENTHOUSE VARIATIONS. [Published: 2009-10-27. Issue: vol. 31, no. 12, December 2009] | GMCI | 2009 |
| TX0007180736 | PENTHOUSE VARIATIONS. [Published: 2009-12-01. Issue: vol. 32, no. 1, January 2010] | GMCI | 2009 |
| V3578D198 | Penthouse, July 2008 & 42 other titles. | GMCI | 2009 |
| TX0007178599 | PENTHOUSE. [Published: 2009-09-15. Issue: vol. 41, no. 2, October 2009] | GMCI | 2009 |
| TX0007178619 | PENTHOUSE. [Published: 2009-10-13. Issue: vol. 41, no. 3, November 2009] | GMCI | 2009 |

| ID | Title | Claimant | Year |
|---|---|---|---|
| TX0007235571 | PENTHOUSE. [Published: 2009-11-10. Issue: vol. 41, no. 4, December 2009] | GMCI | 2009 |
| CSN0095361 | Variations best. | GMCI | 2009 |
| TX0007221177 | BEST OF PENTHOUSE FORUM LETTERS # 127. [Published: 2010-07-20. Issue: vol. 23, no. 4, July 2010] | GMCI | 2010 |
| TX0007178458 | BEST OF VARIATIONS # 124. [Published: 2010-01-19. Issue: vol. 23, no. 1] | GMCI | 2010 |
| TX0007261813 | BEST OF VARIATIONS #128. [Published: 2010-09-21. Issue: vol. 23, no. 5] | GMCI | 2010 |
| TX0007177988 | General Media Communicaitons, Inc.. [Published: 2010-03-16. Issue: vol. 23, no. 2] | GMCI | 2010 |
| TX0007178637 | GIRLS OF PENTHOUSE. [Published: 2010-02-16. Issue: vol. 34, no. 2, March/April 2010] | GMCI | 2010 |
| TX0007177901 | GIRLS OF PENTHOUSE. [Published: 2010-04-13. Issue: vol. 33, no. 6, May/June 2010] | GMCI | 2010 |
| TX0007261775 | GIRLS OF PENTHOUSE. [Published: 2010-08-17. Issue: vol. 33, no. 10, Sept/Oct. 2010] | GMCI | 2010 |
| TX0007184288 | Letters to Penthouse XXXVI: Sultry Passions, Sinful Desires. | GMCI | 2010 |
| TX0007214481 | Letters to Penthouse XXXVII/: Naughty Intentions and Dirty Deeds. | GMCI | 2010 |
| V3589D534 | Penthouse & 28 other titles. | GMCI | 2010 |
| TX0007180772 | PENTHOUSE FORUM. [Published: 2010-01-12. Issue: vol. 40, no. 2, February 2010] | GMCI | 2010 |
| TX0007178469 | PENTHOUSE FORUM. [Published: 2010-02-16. Issue: vol. 40, no. 3, March 2010] | GMCI | 2010 |
| TX0007177977 | PENTHOUSE FORUM. [Published: 2010-03-23. Issue: vol. 40, no. 5, April/May 2010] | GMCI | 2010 |
| TX0007178033 | PENTHOUSE FORUM. [Published: 2010-05-04. Issue: vol. 40, no. 6, June 2010] | GMCI | 2010 |
| TX0007221196 | PENTHOUSE FORUM. [Published: 2010-06-08. Issue: vol. 40, no. 7, July 2010] | GMCI | 2010 |
| TX0007261814 | PENTHOUSE FORUM. [Published: 2010-07-13. Issue: vol. 40, no. 8, August 2010] | GMCI | 2010 |
| TX0007261818 | PENTHOUSE FORUM. [Published: 2010-08-17. Issue: vol. 40, no. 8, September 2010] | GMCI | 2010 |
| TX0007261820 | PENTHOUSE FORUM. [Published: 2010-09-21. Issue: vol. 40, no. 9, October 2010] | GMCI | 2010 |
| TX0007180760 | PENTHOUSE LETTERS. [Published: 2010-01-05. Issue: vol. 28, no. 2, February 2010] | GMCI | 2010 |
| TX0007178626 | PENTHOUSE LETTERS. [Published: 2010-02-02. Issue: vol. 28, no. 3, March 2010] | GMCI | 2010 |
| TX0007178632 | PENTHOUSE LETTERS. [Published: 2010-03-02. Issue: vol. 28, no. 4, April 2010] | GMCI | 2010 |
| TX0007177899 | PENTHOUSE LETTERS. [Published: 2010-03-30. Issue: vol. 28, no. 5, May 2010] | GMCI | 2010 |
| TX0007177891 | PENTHOUSE LETTERS. [Published: 2010-04-27. Issue: vol. 28, no. 6, JUNE 2010] | GMCI | 2010 |
| TX0007221116 | PENTHOUSE LETTERS. [Published: 2010-05-25. Issue: vol. 28, no. 7, July 2010] | GMCI | 2010 |
| TX0007221119 | PENTHOUSE LETTERS. [Published: 2010-06-22. Issue: vol. 28, no. 8, August 2010] | GMCI | 2010 |
| TX0007261771 | PENTHOUSE LETTERS. [Published: 2010-07-20. Issue: vol. 28, no. 9, September 2010] | GMCI | 2010 |
| TX0007261779 | PENTHOUSE LETTERS. [Published: 2010-08-17. Issue: vol. 28, no. 10, October 2010] | GMCI | 2010 |
| TX0007261765 | PENTHOUSE LETTERS. [Published: 2010-09-14. Issue: vol. 28, no. 11, November 2010] | GMCI | 2010 |
| TX0007235363 | Penthouse Uncensored VII: Erotica Unbound. | GMCI | 2010 |

| ID | Title | Claimant | Year |
|---|---|---|---|
| TX0007180781 | PENTHOUSE VARIATIONS. [Published: 2010-01-05. Issue: vol. 32, no. 2, February 2010] | GMCI | 2010 |
| TX0007178462 | PENTHOUSE VARIATIONS. [Published: 2010-02-02. Issue: vol. 32, no. 3, March 2010] | GMCI | 2010 |
| TX0007178452 | PENTHOUSE VARIATIONS. [Published: 2010-03-02. Issue: vol. 32, no. 4, April 2010] | GMCI | 2010 |
| TX0007178037 | PENTHOUSE VARIATIONS. [Published: 2010-03-30. Issue: vol. 32, no. 5, May 2010] | GMCI | 2010 |
| TX0007221170 | PENTHOUSE VARIATIONS. [Published: 2010-06-01. Issue: vol. 32, no. 7, July 2010] | GMCI | 2010 |
| TX0007221191 | PENTHOUSE VARIATIONS. [Published: 2010-06-29. Issue: vol. 32, no. 8, August 2010] | GMCI | 2010 |
| TX0007261809 | PENTHOUSE VARIATIONS. [Published: 2010-07-27. Issue: vol. 32, no. 9, September 2010] | GMCI | 2010 |
| TX0007261804 | PENTHOUSE VARIATIONS. [Published: 2010-08-31. Issue: vol. 32, no. 10, October 2010] | GMCI | 2010 |
| TX0007261811 | PENTHOUSE VARIATIONS. [Published: 2010-09-28. Issue: vol. 32, no. 11, November 2010] | GMCI | 2010 |
| TX0007180739 | PENTHOUSE. [Published: 2010-01-19. Issue: vol. 41, no. 6, February 2010] | GMCI | 2010 |
| TX0007178621 | PENTHOUSE. [Published: 2010-02-16. Issue: vol. 41, no. 7, March 2010] | GMCI | 2010 |
| TX0007177912 | PENTHOUSE. [Published: 2010-03-16. Issue: vol. 41, no. 8, April 2010] | GMCI | 2010 |
| TX0007178643 | PENTHOUSE. [Published: 2010-03-16. Issue: vol. 41, no. 8, April 2010] | GMCI | 2010 |
| TX0007177940 | PENTHOUSE. [Published: 2010-04-20. Issue: vol. 41, no. 9, May 2010] | GMCI | 2010 |
| TX0007221133 | PENTHOUSE. [Published: 2010-05-25. Issue: vol. 41, no. 10, June 2010] | GMCI | 2010 |
| TX0007221037 | PENTHOUSE. [Published: 2010-06-29. Issue: vol. 41, no. 11, July/August 2010] | GMCI | 2010 |
| TX0007261768 | PENTHOUSE. [Published: 2010-08-03. Issue: vol. 42, no. 1, September 2010] | GMCI | 2010 |
| TX0007261796 | PENTHOUSE. [Published: 2010-09-07. Issue: ] | GMCI | 2010 |
| TX0007261778 | PENTHOUSE. [Published: 2010-10-05. Issue: vol. 42, no. 3, November 2010] | GMCI | 2010 |
| TX0007178001 | VARIATIONS BEST LETTERS #126. [Published: 2010-05-18. Issue: vol. 23, no. 3] | GMCI | ` |
| PA0001590403 | 100% JILL. | PDMP | 2002 |
| V3530D249 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 001 of 010) | PDMP | 2005 |
| V3530D250 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 002 of 010) | PDMP | 2005 |
| V3530D251 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 003 of 010) | PDMP | 2005 |
| V3530D252 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 004 of 010) | PDMP | 2005 |
| V3530D253 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 005 of 010) | PDMP | 2005 |
| V3530D254 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 006 of 010) | PDMP | 2005 |
| V3530D255 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 007 of 010) | PDMP | 2005 |
| V3530D256 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 008 of 010) | PDMP | 2005 |
| V3530D257 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 009 of 010) | PDMP | 2005 |
| V3530D258 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 010 of 010) | PDMP | 2005 |
| V3543D128 | 100% anal & 568 other titles (part 001 of 004) | PDMP | 2006 |
| V3543D129 | 100% anal & 568 other titles (part 002 of 004) | PDMP | 2006 |
| V3543D130 | 100% anal & 568 other titles (part 003 of 004) | PDMP | 2006 |
| V3543D131 | 100% anal & 568 other titles (part 004 of 004) | PDMP | 2006 |
| PA0001366746 | Penthouse letters : bad wives. | PDMP | 2006 |

| | | | |
|---|---|---|---|
| PA0001366734 | Penthouse letters : night nurses. | PDMP | 2006 |
| PA0001335277 | Penthouse underground : filthy. | PDMP | 2006 |
| PA0001335325 | Penthouse variations : flesh and fantasy. | PDMP | 2006 |
| PA0001366735 | Penthouse variations : stiletto. | PDMP | 2006 |
| PA0001366728 | Vamps. | PDMP | 2006 |
| PA0001590047 | 100% SYLVIA. | PDMP | 2007 |
| PA0001366894 | Bitches. | PDMP | 2007 |
| PA0001622776 | BOOTY CALL. | PDMP | 2007 |
| PA0001611330 | BRAZILIAN BACKDOOR BOOTY. | PDMP | 2007 |
| PA0001590054 | COMING OF AGE. | PDMP | 2007 |
| PA0001588982 | DRIPPING FUCKING WET 2. | PDMP | 2007 |
| PA0001590050 | DRIPPING FUCKING WET. | PDMP | 2007 |
| PA0001590045 | DRIPPING WET 5, KRAZY IN KAUAI. | PDMP | 2007 |
| PA0001622768 | EXXXTRA CREDIT. | PDMP | 2007 |
| PA0001588846 | GLAM TRASH. | PDMP | 2007 |
| VA0001688970 | Heather Vandeven PH-21594-4 (009) | PDMP | 2007 |
| PA0001588841 | JUST A GIRL. | PDMP | 2007 |
| PA0001588849 | MISSING PERSONS. | PDMP | 2007 |
| PA0001588842 | My First Girlfriend : They Wanted it to be Special. | PDMP | 2007 |
| PA0001588834 | MY IMAGINARY LIFE. | PDMP | 2007 |
| PA0001611356 | NEIGHBORS. | PDMP | 2007 |
| PA0001375460 | Penthouse : Brazilian heat. | PDMP | 2007 |
| PA0001390460 | Penthouse : killer klub girlz : Killer klub girlz | PDMP | 2007 |
| PA0001375454 | Penthouse : out of control. | PDMP | 2007 |
| PA0001383151 | Penthouse : raunchy rio. | PDMP | 2007 |
| PA0001383149 | Penthouse : slave to sin. | PDMP | 2007 |
| PA0001594734 | PENTHOUSE FORUM: DIRTY DIVAS. | PDMP | 2007 |
| PA0001594755 | PENTHOUSE FORUM: MY FRESHMAN YEAR. | PDMP | 2007 |
| PA0001594736 | PENTHOUSE FORUM: SEXUAL REVOLUTION. | PDMP | 2007 |
| PA0001383108 | Penthouse letters : dripping wet. | PDMP | 2007 |
| PA0001375444 | Penthouse letters : hot pink. | PDMP | 2007 |
| PA0001366892 | Penthouse letters : in deep. | PDMP | 2007 |
| PA0001366890 | Penthouse letters : my best friend's Mom. | PDMP | 2007 |
| PA0001383159 | Penthouse letters : Shameless. | PDMP | 2007 |
| PA0001383152 | Penthouse letters : Sub-urban sex. | PDMP | 2007 |
| PA0001390462 | Penthouse letters : the boss : The boss. | PDMP | 2007 |
| PA0001624741 | PENTHOUSE LETTERS, MY NEIGHBOR'S WIFE. | PDMP | 2007 |
| PA0001624748 | PENTHOUSE LETTERS, THE BOTTOM DRAWER. | PDMP | 2007 |
| PA0001633515 | PENTHOUSE LETTERS. | PDMP | 2007 |
| PA0001594728 | PENTHOUSE LETTERS: THERE GOES THE NEIGHBORHOOD. | PDMP | 2007 |
| PA0001366895 | Penthouse underground : drive. | PDMP | 2007 |
| PA0001366889 | Penthouse underground : klub slutz. | PDMP | 2007 |
| PA0001383150 | Penthouse variations : Bad 2 the bone. | PDMP | 2007 |

| | | | |
|---|---|---|---|
| PA0001366893 | Penthouse variations : fetish diaries. | PDMP | 2007 |
| PA0001375447 | Penthouse variations : naughty girls. | PDMP | 2007 |
| PA0001375476 | Penthouse variations : Strange dreams. | PDMP | 2007 |
| PA0001390461 | Penthouse variations : uniform bad bahavior : Uniform bad behavior | PDMP | 2007 |
| PA0001594718 | PENTHOUSE: LATIN EXTASY. | PDMP | 2007 |
| PA0001594759 | PENTHOUSE: THE HOUSE ON LOVERS LANE. | PDMP | 2007 |
| PA0001588838 | POWER PLAY. | PDMP | 2007 |
| PA0001590057 | POWER SEX. | PDMP | 2007 |
| PA0001589461 | SERVICE WITH A SMILE. | PDMP | 2007 |
| PA0001588839 | SEX TO DIE FOR. | PDMP | 2007 |
| PA0001588853 | SLICK. | PDMP | 2007 |
| PA0001588830 | SLIPPERY WHEN WET. | PDMP | 2007 |
| PA0001622760 | SLUMBER PARTY. | PDMP | 2007 |
| PA0001588983 | SLUTS OF THE NYLE 3. | PDMP | 2007 |
| PA0001589458 | SMUT PEDDLER / PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC ; Penthouse Digital Media Productions Inc. | PDMP | 2007 |
| PA0001622755 | SPEAKEASY. | PDMP | 2007 |
| PA0001588833 | THE BOSS' DAUGHTER. | PDMP | 2007 |
| PA0001611345 | THE FRAT HOUSE. | PDMP | 2007 |
| PA0001366891 | Timeless. | PDMP | 2007 |
| PA0001588986 | TRASHY. | PDMP | 2007 |
| PA0001588981 | WEB MISTRESS. | PDMP | 2007 |
| PA0001699426 | BAD GIRLS, INK. | PDMP | 2008 |
| PA0001629990 | BOOTCAMP : SEX SURVIVAL WEEKEND. | PDMP | 2008 |
| PA0001630001 | CANDY 69. | PDMP | 2008 |
| PA0001635953 | CHEATING AFFAIRS. | PDMP | 2008 |
| PA0001635956 | COUGAR CLUB : The Hunt is On. | PDMP | 2008 |
| PA0001635961 | DEEP IN THE BUSH. | PDMP | 2008 |
| PA0001629996 | DREAM MACHINE. | PDMP | 2008 |
| PA0001622782 | DUDE THAT'S MY MOM!!! | PDMP | 2008 |
| PA0001635960 | FLESH DESIRES. | PDMP | 2008 |
| PA0001635954 | FOX TROT. | PDMP | 2008 |
| PA0001699423 | FRESHMAN FIRST TIMERS. | PDMP | 2008 |
| PA0001694479 | IDENTITY. | PDMP | 2008 |
| PA0001699425 | IMPULSIVE. | PDMP | 2008 |
| PA0001699424 | LAYOVER. | PDMP | 2008 |
| PA0001699428 | LUCKY STIFF. | PDMP | 2008 |
| PA0001699422 | MISS BLACKWOOD DIARIES. | PDMP | 2008 |
| V3560D674 | Naked sex stars & 2331 other titles (part 001 of 003) | PDMP | 2008 |
| V3560D675 | Naked sex stars & 2331 other titles (part 002 of 003) | PDMP | 2008 |
| V3560D676 | Naked sex stars & 2331 other titles (part 003 of 003) | PDMP | 2008 |
| V3571D368 | Penthouse & 47 other titles. | PDMP | 2008 |
| PA0001630008 | PENTHOUSE FORUM. | PDMP | 2008 |

| | | | |
|---|---|---|---|
| PA0001644161 | PENTHOUSE FORUM: HOUSEWIVES HUNTING HOUSEWIVES. | PDMP | 2008 |
| PA0001644163 | PENTHOUSE FORUM: MY SECRET GIRLFRIEND. | PDMP | 2008 |
| PA0001629985 | PENTHOUSE LETTERS : DIRTY LITTLE SECRETS. | PDMP | 2008 |
| PA0001633516 | PENTHOUSE LETTERS : ONE NIGHT STAND. | PDMP | 2008 |
| PA0001635963 | PENTHOUSE LETTERS : SEX IN DANGEROUS PLACES. | PDMP | 2008 |
| PA0001630004 | PENTHOUSE LETTERS : SHEER DESIRES. | PDMP | 2008 |
| PA0001644269 | PENTHOUSE LETTERS: BREAKING & ENTERING. | PDMP | 2008 |
| PA0001644179 | PENTHOUSE LETTERS: CLOSE SHAVE. | PDMP | 2008 |
| PA0001630019 | PENTHOUSE VARIATIONS : PILLOW TALK. | PDMP | 2008 |
| PA0001644287 | PENTHOUSE VARIATIONS: SLAVE FOR A NIGHT. | PDMP | 2008 |
| PA0001644208 | PENTHOUSE VARIATIONS: TIED UP. | PDMP | 2008 |
| V3563D968 | Penthouse, Feb. 1971 & 73 other titles. | PDMP | 2008 |
| V3567D974 | Penthouse, September 2007 & 38 other titles. | PDMP | 2008 |
| PA0001644266 | PENTHOUSE: LOOKING GLASS. | PDMP | 2008 |
| PA0001644286 | PENTHOUSE: POSSESSED. | PDMP | 2008 |
| PA0001644268 | PENTHOUSE: REMODELED. | PDMP | 2008 |
| PA0001644283 | PENTHOUSE: WHO'S KILLING THE PETS? | PDMP | 2008 |
| PA0001622754 | PICTURESQUE. | PDMP | 2008 |
| PA0001622762 | REXXX. | PDMP | 2008 |
| PA0001635959 | ROUTE 66. | PDMP | 2008 |
| PA0001699420 | SCANDALOUS. | PDMP | 2008 |
| PA0001622778 | SEX OVER EASY. | PDMP | 2008 |
| PA0001693531 | SPIKED HEELS. | PDMP | 2008 |
| PA0001693534 | BEHIND THE CYBER DOOR. | PDMP | 2009 |
| PA0001693536 | BLONDE & BRILLIANT. | PDMP | 2009 |
| PA0001693535 | COUGAR CRUISIN'. | PDMP | 2009 |
| PA0001693533 | FRIENDS WITH BENEFITS. | PDMP | 2009 |
| PA0001693539 | KINKY COUGARS. | PDMP | 2009 |
| PA0001693532 | LAST CALL. | PDMP | 2009 |
| PA0001693530 | NETCHIXXX. | PDMP | 2009 |
| V3579D948 | Penthouse & 29 other titles. | PDMP | 2009 |
| V3577D088 | Penthouse & 40 other titles. | PDMP | 2009 |
| PA0001673364 | PENTHOUSE FORUM: MY WIFE & MY MISTRESS. | PDMP | 2009 |
| PA0001682668 | PENTHOUSE FORUM: THE PENTHOUSE PET'S GUIDE TO BLOWJOBS. | PDMP | 2009 |
| PA0001682663 | PENTHOUSE FORUM: WHITE TRASH. | PDMP | 2009 |
| PA0001682727 | PENTHOUSE LETTERS: DIARY OF A HORNY HOUSEWIFE. | PDMP | 2009 |
| PA0001673464 | PENTHOUSE LETTERS: ORIENTAL BABYSITTERS. | PDMP | 2009 |
| PA0001673499 | PENTHOUSE LETTERS: SIDELINE SLUTS: CHEERLEADER CONFESSIONS. | PDMP | 2009 |
| PA0001676784 | PENTHOUSE LETTERS: SPORTIN' BIG BOOBS. | PDMP | 2009 |
| PA0001676773 | PENTHOUSE LETTERS: UNCONTROLLABLE. | PDMP | 2009 |
| PA0001682661 | PENTHOUSE VARIATIONS: ALL NIGHT AT THE DDD DINER. | PDMP | 2009 |
| PA0001673335 | PENTHOUSE VARIATIONS: MILFS IN HIGH HEELS. | PDMP | 2009 |
| PA0001682670 | PENTHOUSE VARIATIONS: THE FETISH MANSION. | PDMP | 2009 |

| | | | |
|---|---|---|---|
| PA0001676776 | PENTHOUSE VARIATIONS: THE MAKING OF A MILF. | PDMP | 2009 |
| PA0001673340 | PENTHOUSE VARIATIONS: TITS TO DIE FOR. | PDMP | 2009 |
| V3578D198 | Penthouse, July 2008 & 42 other titles. | PDMP | 2009 |
| PA0001676709 | PENTHOUSE: 18 AND DANGEROUS. | PDMP | 2009 |
| PA0001673471 | PENTHOUSE: ADULTFRIENDFINDER.COM'S GUIDE TO THREESOMES. | PDMP | 2009 |
| PA0001676779 | PENTHOUSE: ANOTHER MAN'S MILF. | PDMP | 2009 |
| PA0001673330 | PENTHOUSE: BOOBY TRAP. | PDMP | 2009 |
| PA0001682729 | PENTHOUSE: CAMS.COM: CONFESSIONS OF A CAM GIRL. | PDMP | 2009 |
| PA0001676788 | PENTHOUSE: DR. ZDROCKS GUIDE TO GREAT SEX. | PDMP | 2009 |
| PA0001673348 | PENTHOUSE: DRILL BABY DRILL. | PDMP | 2009 |
| PA0001673356 | PENTHOUSE: EVERYBODY NEEDS MILF. | PDMP | 2009 |
| PA0001677043 | PENTHOUSE: HOW I DID A MILF. | PDMP | 2009 |
| PA0001673324 | PENTHOUSE: KORPORATE KOUGARS. | PDMP | 2009 |
| PA0001682713 | PENTHOUSE: MY WIFE'S A TRAMP. | PDMP | 2009 |
| PA0001682662 | PENTHOUSE: SECRETS OF A TROPHY WIFE. | PDMP | 2009 |
| PA0001682716 | PENTHOUSE: SORORITY SEX SCANDALS. | PDMP | 2009 |
| PA0001693527 | PENTHOUSE: THE ITCH. | PDMP | 2009 |
| PA0001677040 | PENTHOUSE: THE SCREW CLUB. | PDMP | 2009 |
| PA0001676715 | PENTHOUSE:STATUESQUE. | PDMP | 2009 |
| PA0001693537 | PIN-UP. | PDMP | 2009 |
| PA0001693538 | SEX PARTY. | PDMP | 2009 |
| PA0001693528 | Traderz. | PDMP | 2009 |
| PA0001693529 | WATCH ME. | PDMP | 2009 |
| PA0001705941 | CAMS.COM: REAL COUPLES. | PDMP | 2010 |
| V3589D534 | Penthouse & 28 other titles. | PDMP | 2010 |
| PA0001705723 | PENTHOUSE FORUM: BRAZILIAN BEAUTIES. | PDMP | 2010 |
| PA0001705857 | PENTHOUSE FORUM: CHEATING CELEBRITY SPORTS WIVES. | PDMP | 2010 |
| PA0001705906 | PENTHOUSE FORUM: GIRLS WHO WANT GIRLS. | PDMP | 2010 |
| PA0001705729 | PENTHOUSE FORUM: KITTENS VS. COUGARS. | PDMP | 2010 |
| PA0001706251 | PENTHOUSE FORUM: ON CALL. | PDMP | 2010 |
| PA0001705862 | PENTHOUSE LETTERS: OPPOSITES ATTRACT. | PDMP | 2010 |
| PA0001705908 | PENTHOUSE LETTERS: SEX OBSESSED. | PDMP | 2010 |
| PA0001705889 | PENTHOUSE LETTERS: WOMEN WHO WANT SEX. | PDMP | 2010 |
| PA0001705935 | PENTHOUSE VARIATIONS: FOOT FANTASY FREAKS. | PDMP | 2010 |
| PA0001705910 | PENTHOUSE VARIATIONS: INSIDE THE BOOBY HATCH. | PDMP | 2010 |
| PA0001677048 | PENTHOUSE VARIATIONS: THE CONTESSA'S CHATEAU OF PLEASURE. | PDMP | 2010 |
| PA0001705939 | PENTHOUSE: BIG BUST COUGARS. | PDMP | 2010 |
| PA0001705853 | PENTHOUSE: COUGARS CRUSIN' COEDS. | PDMP | 2010 |
| PA0001705742 | PENTHOUSE: IMMORAL HOTEL. | PDMP | 2010 |
| PA0001677044 | PENTHOUSE: PUBIC ENEMY. | PDMP | 2010 |
| PA0001705903 | PENTHOUSE: SEXY SEDUCTIVE HOUSEWIVES. | PDMP | 2010 |
| PA0001705884 | PENTHOUSE: SUPERTAIL AND THE EVIL WANG. | PDMP | 2010 |
| PA0001705737 | PENTHOUSE: VERY BAD WIVES. | PDMP | 2010 |

| | | | |
|---|---|---|---|
| PA0001705899 | PENTHOUSE'S HEAVY PET-TING. | PDMP | 2010 |
| V3516D431 | Forum, July 2000 & 1873 other titles. (Part 003 of 011) | PMGI | 2004 |
| V3516D430 | Forum, July 8, 1986 & 1873 other titles. (Part 002 of 011) | PMGI | 2004 |
| V3516D429 | Forum, Oct. 13, 1971 & 1873 other titles. (Part 001 of 011) | PMGI | 2004 |
| V3516D432 | Girls of penthouse, Nov. 22, 1994 & 1873 other titles. (Part 004 of 011) | PMGI | 2004 |
| V3516D435 | Penthouse hot talk, Oct. 4, 1984 & 1873 other titles. (Part 007 of 011) | PMGI | 2004 |
| V3516D437 | Penthouse letters, July 2001 & 1873 other titles. (Part 009 of 011) | PMGI | 2004 |
| V3516D436 | Penthouse letters, Nov. 18, 1986 & 1873 other titles. (Part 008 of 011) | PMGI | 2004 |
| V3516D433 | Penthouse, July 13, 1976 & 1873 other titles. (Part 005 of 011) | PMGI | 2004 |
| V3516D434 | Penthouse, June 5, 1990 & 1873 other titles. (Part 006 of 011) | PMGI | 2004 |
| V3516D439 | Pet of the year playoff & 1873 other titles. (Part 011 of 011) | PMGI | 2004 |
| V3516D438 | Variations, Apr. 1997 & 1873 other titles. (Part 010 of 011) | PMGI | 2004 |
| V3522D969 | Forum, Oct. 13, 1971 & 1892 other titles (part 001 of 008) | PMGI | 2005 |
| V3522D970 | Forum, Oct. 13, 1971 & 1892 other titles (part 002 of 008) | PMGI | 2005 |
| V3522D971 | Forum, Oct. 13, 1971 & 1892 other titles (part 003 of 008) | PMGI | 2005 |
| V3522D972 | Forum, Oct. 13, 1971 & 1892 other titles (part 004 of 008) | PMGI | 2005 |
| V3522D973 | Forum, Oct. 13, 1971 & 1892 other titles (part 005 of 008) | PMGI | 2005 |
| V3522D974 | Forum, Oct. 13, 1971 & 1892 other titles (part 006 of 008) | PMGI | 2005 |
| V3522D975 | Forum, Oct. 13, 1971 & 1892 other titles (part 007 of 008) | PMGI | 2005 |
| V3522D976 | Forum, Oct. 13, 1971 & 1892 other titles (part 008 of 008) | PMGI | 2005 |
| V3530D249 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 001 of 010) | PMGI | 2005 |
| V3530D250 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 002 of 010) | PMGI | 2005 |
| V3530D251 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 003 of 010) | PMGI | 2005 |
| V3530D252 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 004 of 010) | PMGI | 2005 |
| V3530D253 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 005 of 010) | PMGI | 2005 |
| V3530D254 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 006 of 010) | PMGI | 2005 |
| V3530D255 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 007 of 010) | PMGI | 2005 |
| V3530D256 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 008 of 010) | PMGI | 2005 |
| V3530D257 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 009 of 010) | PMGI | 2005 |
| V3530D258 | Penthouse, Aug. 12, 1969 & 1954 other titles (part 010 of 010) | PMGI | 2005 |
| V3560D674 | Naked sex stars & 2331 other titles (part 001 of 003) | PMGI | 2008 |
| V3560D675 | Naked sex stars & 2331 other titles (part 002 of 003) | PMGI | 2008 |
| V3560D676 | Naked sex stars & 2331 other titles (part 003 of 003) | PMGI | 2008 |
| V3571D368 | Penthouse & 47 other titles. | PMGI | 2008 |
| V3563D968 | Penthouse, Feb. 1971 & 73 other titles. | PMGI | 2008 |
| V3567D974 | Penthouse, September 2007 & 38 other titles. | PMGI | 2008 |
| V3579D948 | Penthouse & 29 other titles. | PMGI | 2009 |
| V3577D088 | Penthouse & 40 other titles. | PMGI | 2009 |
| V3578D198 | Penthouse, July 2008 & 42 other titles. | PMGI | 2009 |
| V3589D534 | Penthouse & 28 other titles. | PMGI | 2010 |