JS-6

1  IRA P. ROTHKEN (#160029)
2  ROTHKEN LAW FIRM
   3 Hamilton Landing, Suite 280
3  Novato, CA 94949
4  (415) 924-4250 telephone
   (415) 924-2905 fax
5  Email: ira@techfirm.com
6
7  Attorneys for Plaintiffs
   PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC.,
8  GENERAL MEDIA COMMUNICATIONS, INC.
9  and FRIENDFINDER NETWORKS INC.,
   (formerly, PENTHOUSE MEDIA GROUP, INC.)
10

11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| PENTHOUSE DIGITAL MEDIA PRODUCTIONS INC., a New York corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, and FRIENDFINDER NETWORKS INC., (formerly, PENTHOUSE MEDIA GROUP, INC.), a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TWISTBOX ENTERTAINMENT, INC. (f/k/a THE WAAT CORP. and d/b/a WAAT Media), a Delaware corporation, WAAT MEDIA CORP., a Delaware Corporation; THE WAAT CORP, a California corporation, and DOES 1 through 10, inclusive, <br> Defendants. | Case No. 2:11-cv-01036-GAF-FMO <br><br> ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION <br><br> [F.R.Civ.P 41(a)(2)] |

ORDER FOR DISMISSAL WITHOUT PREJUDICE
Los Angeles Superior Court Case No. BC 409793
-1-

Upon consideration of the stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED, that, pursuant to F.R.Civ.P 41(a)(2), this action be and hereby is dismissed without prejudice, including, but not limited to plaintiffs' right to re-file copyright claims within the statute of limitations period as extended by the tolling agreement between the parties.

IT IS SO ORDERED.

Dated: October 6, 2011

_____
Hon. GARY ALLEN FEESS